US FEDERAL COURT FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

| | | |
|---|---|---|
| Estate of Dorothy Ruth Cholick, Sylvia Cholick, and L. A. P. Truly Humane Society, Plaintiffs<br>v.<br>Vicky and Michael Lucas, Lucas, J.L. Bolpes Hernandez, Elite Corp., PHC, Omar Lucio, Cameron County, Stephen Mayer, City of Harlingen, Mental Health Officer Saucedo, Head of Mental Health Liason Outfit, HPD Officer Harley, 2 female Officers X and Y, Jessica Martinez, and Mary Gutierrez | United States District Court<br>Southern District of Texas<br>FILED<br>SEP 5 2017<br>David J. Bradley, Clerk of Court<br>B - 17 - 183 | United States District Court<br>Southern District of Texas<br>FILED<br>NOV 0 3 2016<br>David J. Bradley, Clerk of Court<br>B - 16 - 281<br>Case No._____ |

## PLAINTIFF'S ORIGINAL PETITION

PLAINTIFF Sylvia Cholick (hereinafter CHOLICK) of 810 N. 21st Street, Harlingen, Texas 78550, comes before the Court to complain of the joint actions of the Defendants' conspiracy to falsify police, sheriff, and medical records for the purpose of creating a fraudulent Guardianship of PL. CHOLICK, maliciously, sadistically a ward of the state of Texas, thereby denying PL. CHOLICK of any and ALL state and federal civil rights——**forever,** and each and every individual joined the conspiracy for personal financial gain.

This Court has jurisdiction over this case, as the case raises federal questions.

### FEDERAL LAWS OR STATUTES INVOLVED IN THIS SUIT

I. PL. CHOLICK cites violations of the US Constitution's First Amendment – freedom of speech
II. PL. CHOLICK cites 42 USC Section 1983 that provides a cause of action against "any person" who, while acting "under color of any state law "subjects or causes a Plaintiff to be subjected " to a violation of federal constitutional or statutory rights.
III. PL. CHOLICK cites the Civil Rights Act of 1871 Section 1985(3) regarding that damages are granted against PRIVATE CONSPIRACIES to deprive "any person or class of persons the equal protection of the laws, or of equal privileges and immunities of the laws".
IV. In the Privatization context federal law also subjects PRIVATE parties to 42 USC Section 1983 liability because they perform a government function. Elite PHC Corp. provides home health services funded by the government.
V. This case involves foreign nationals (Vicky Lucas and Bolpes Hernandez).
VI. PL CHOLICK cites numerous, and conspiratorial violations of PL CHOLICK, et. al, 4th Amendment Right of protection against objectively unreasonable, and intentional force while seized by state actors
VII. PL CHOLICK, et al, cites numerous and conspiratorial violation of PL CHOLICK, et al, of maliciously, sadistically, and could-have-been lethal force against PL CHOLICK (Sylvia) during detention, and while in Cameron County Jail.

1

US FEDERAL COURT FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

VIII. PL CHOLICK, et al, cites numerous and heinous conspiratorial violations against Pl CHOLICK (Sylvia) who is protected under the 14th Amendment that "protects a pretrial detainee from the use of excessive force that amounts to punishment" and force used "with intent to harm".

IX. PL CHOLICK cites violations of 18 U.S.C. Code §241 and ?2071

PL. CHOLICK states that the DEFENDANTS acted in concert with "state actors", and as such are considered to be "state actors" for 42 USC Section 1983 purposes. DEFENDANTS worked, and are still working in a COMMON PLAN to deprive PL. CHOLICK of 1st Amendment Right, freedom of speech, and "due process" under the 14th Amendment of the US Constitution, and Fourth, Firth, and Eighth Amendments, as well as property, and in all probability- life itself.

PL. CHOLICK prays only to a "higher power" and asks for damages of 10 Million USD, and appropriate attorney fees. (This statement is made with all due respect to the Court. There is no facetious intent. PL CHOLICK is speaking to the usual "antiquated" and dated legal jargon. Thank You.) PL CHOLICK has suffered in the jurisdiction of Cameron County, Texas, and the Jurisdiction of the City of Harlingen numerous injustices, from heinous slander to attempted felony murder in the first degree to stockbroker fraud and Identity theft and fraudulent electronic transfer of $nearly $400.00 USD which have caused a serious and near lethal physical condition.

_Sylvia Cholick_, Plaintiff Pro Se Litigant   Date Oct. 30, 2016

810 N. 21st St., Harlingen, Tx 78550 956-730-3552

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DEFENDANTS

**B-17-183**

**(b)** County of Residence of First Listed Plaintiff  CAMERON
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant CAMERON
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☒ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | LABOR | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | PERSONAL PROPERTY | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | Habeas Corpus: | | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☒ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☒ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☒ 555 Prison Condition | | | |
| | | ☒ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC §1983, Section 1985(3), 1st, 4th, 5th, 8th, 14 AMENDMENT

Brief description of cause:
attempt to defraud CHOLICK of all inheritance, to U.S. Constitutional violations

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ placed in 10M Guardianship FOREVER DEAD!

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
BANKRUPTCY

JUDGE _____  DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
*Sylvia Cholick*, PRO SE LITIGANT

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

9-2-2017 **B-17-183**

HELLO CLERK OF COURT:

I WISH TO REFILE CAUSE NO: B-1600281.

I HAVE ENCLOSED A SELF-ADDRESSED ENVELOPE PLEASE DATE/~~STAMP~~ED AND RETURN TO ME.

I THANK YOU.

Sylvia Cholick, 810 N. 21st St.
956 730-3552 HARLINGEN, TX 78550

SYLVIA CHOLICK
810 N. 2ut ST.
HARLINGEN, TX 78550

MCALLEN TX 785
02 SEP 2017 PM 2 T

CLERK:
U.S. DISTRICT COURT
SO. DIST. OF TEXAS
600 E. HARRISON #101
BROWNSVILLE, TEXAS 78520-7114