United States District Court
Southern District of Texas
**ENTERED**
November 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF DOROTHY RUTH CHOLICK, *et al.*, Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 1:17-cv-00183 |
| VICKY LUCAS, *et al.*, Defendants. | § § § § | |

## ORDER

Before the Court is Sylvia Cholick's (hereafter "Plaintiff Cholick"), pro se, "Plaintiff Cholick [sic] Request for a Hearing to Proceed in Forma Pauperis" (Docket No. 14) in the above-styled civil case. On March 20, 2018, the Court entered an "Order Adopting Magistrate Judge's Report and Recommendation" (hereafter "Dismissal Order") (Docket No. 13), which dismissed *without prejudice* the above-styled civil case as a result of Plaintiff Cholick's failure to prosecute or comply with the orders of the Court. *See* Docket No. 13 at 1. In said Dismissal Order, the Court notified Plaintiff Cholick of the following specific conditions: (1) in the event Plaintiff Cholick elected to refile the case "in representation of herself and the other pro se Plaintiffs, she must do so with representation of counsel"; and (2) Plaintiff Cholick's "refiling under *pro se* status will warrant Dismissal with Prejudice, *sua sponte*." *Id.* at 2. Plaintiff Cholick failed to comply with the above referenced Dismissal Order, similar in scope to prior orders by this Court which dismissed Plaintiffs' previous cause of action. Accordingly, Plaintiff Cholick's Motion to Proceed in forma pauperis (Docket No. 14) is hereby **DENIED**. It is **ORDERED** that the above-styled civil case **is DISMISSED with prejudice**. The Clerk of the Court is **ORDERED** to send this Order via regular and certified mail to Plaintiff Cholick. In addition, the Clerk is **ORDERED** to include a self-addressed, stamped envelope containing a copy of this Order. Plaintiff Cholick is **ORDERED** to acknowledge receipt by executing her signature to the Order and return said Order to the Court via the self-addressed, stamped envelope.

Signed on this 29th day of November, 2018.

Rolando Olvera
United States District Judge

Acknowledgment of Receipt:

_____
Sylvia Cholick